■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LISA COHEN, Appellant. [827 NYS2d 678]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about October 20, 2004, unanimously affirmed. No opinion. Order filed. Concur—Sullivan, J.P., Williams, Sweeny, Catterson and Malone, JJ.